UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BWGS LLC, | ) Case No. 19-01487-JMC-7 |
| | ) |
| Debtor. | ) |
| | ) |

**MOTION TO OVERRULE NOTICE OF DEFICIENT FILING
AND ACCEPT SCHEDULES AS FILED**

John J. Petr, Trustee ("Trustee"), by proposed counsel, moves the Court for an order overruling the Clerk's Notice of Deficient Filing and accepting the schedules and statement of financial affairs as filed. In support of this Motion, the Trustee states the following:

1. On March 13, 2019, WW-Mass, LLC, Garden City Fungi, and Marteal, Ltd. (collectively, "Petitioning Creditors") filed an involuntary chapter 7 petition for BWGS, LLC ("Debtor").

2. On April 24, 2019, the Court entered an Order for Relief in an Involuntary Case and Order to Complete Filing ("Order for Relief"). The Order for Relief directed the Debtor to file a creditor list by May 1, 2019 and Schedules and Statement of Financial Affairs by May 8, 2019.

3. On May 9, 2019, the Debtor filed its schedules and a statement of financial affairs ("May 9 Filing").

4. Also on May 9, 2019, the Clerk issued a Notice of Deficient Filing ("NDF") stating that the Debtor had not filed a Declaration Under Penalty of Perjury and that the May 9 Filing was not made using the most recent versions of official forms. The NDF

states that a failure to cure the deficiencies may result in the striking of the filing or dismissal of the case without further notice.

5. The Trustee shares the Clerk's concerns regarding the May 9 Filing and the Declaration Under Penalty of Perjury. However, if the Court were to strike the May 9 Filing or dismiss the case, it would defeat the intent of the Petitioning Creditors and thwart the purpose of the involuntary bankruptcy case.

6. The Court should accept the schedules as filed, notwithstanding their deficiencies, because it is in the best interest of the bankruptcy estate and all creditors. Furthermore, as a practical matter, it would be extremely difficult if not impossible for the Trustee to prepare the schedules and statement of financial affairs apart from the Debtor.

WHEREFORE, John J. Petr, Trustee, by proposed counsel, prays that the Court enter an order overruling the NDF and accepting the May 9 Filing as it was filed, and for all other just and proper relief.

/s/ Harley K. Means
Harley K. Means
Proposed Counsel for the Trustee
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN   46204-5125
(317) 692-9000
(317) 264-6832 Fax
hmeans@kgrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, copy of the foregoing Motion to Overrule Notice of Deficient Filing and Accept Schedules as Filed was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Michael J. Alerding
malerding@alerdingcastor.com

Whitney L. Mosby
wmosby@bgdlegal.com

John J. Petr
petrtrustee@kgrlaw.com

Kayla D. Britton
kayla.britton@faegrebd.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Jay Jaffe
jay.jaffe@faegrebd.com

Ryan C. Cadwallander, Limited Appearance Counsel
rcadwallander@kmclaw.com

Ralph R. Mabey, Limited Appearance Counsel
rmabey@kmclaw.com

I further certify that on May 21, 2019, a copy of the foregoing Motion to Overrule Notice of Deficient Filing and Accept Schedules as Filed was mailed by first-class U.S. Mail, postage prepaid addressed to the follow:

BWGS, LLC
18201 NE Portal Way, Suite 104
Portland, OR 97230

American Express Travel Related Services Company, Inc.
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

By:  /s/ Harley K. Means
     Harley K. Means