# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

Case No.: 19-01487-JMC-7A  
Case Name: BWGS, LLC  
For Period Ending: 12/31/2021

Trustee Name: (340210) John J. Petr  
Date Filed (f) or Converted (c): 03/13/2019 (f)  
§ 341(a) Meeting Date: 06/24/2019  
Claims Bar Date: 12/30/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JPM Chase Operating Account | 16,400.00 | 0.00 | | 0.00 | FA |
| 2 | JPM Chase cash collateral account | 30,831.98 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit EV Properties | 2,700.00 | 0.00 | | 0.00 | FA |
| 4 | Security Deposit COLFIN | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit Liberty Properties LLC | 7,900.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit AH & SH, LLC | 33,000.00 | 0.00 | | 0.00 | FA |
| 7 | Security Deposit WW-Mass LLC | 9,000.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts receivable | 800,000.00 | 0.00 | | 0.00 | FA |
| 9 | Office furniture, fixtures, equip & collectibles | Unknown | 0.00 | | 0.00 | FA |
| 10 | Machinery, equipment and vehicles | Unknown | 0.00 | | 0.00 | FA |
| 11 | 11605 E. 55th Ave., Denver, CO leased warehouse | Unknown | 0.00 | | 0.00 | FA |
| 12 | 4045 Perimeter West Drive, Charlotte NC leased warehouse | Unknown | 0.00 | | 0.00 | FA |
| 13 | 18201 NE Portal Way, Portland OR leased warehouse | Unknown | 0.00 | | 0.00 | FA |
| 14 | 5335 W. 48th Ave., Denver CO leased Sales/Admin offices | Unknown | 0.00 | | 0.00 | FA |
| 15 | 7530 W. Sunnyview Ave., Visalia CA real estate | Unknown | 0.00 | | 0.00 | FA |
| 16 | 1410 Hancel Parkway, Mooresville IN real estate | Unknown | 0.00 | | 0.00 | FA |
| 17 | Internet domain | Unknown | 0.00 | | 0.00 | FA |
| 18 | Customer lists | Unknown | 0.00 | | 0.00 | FA |
| 19 | Cause of Action against Martin Heydt and AH & SH | Unknown | 728,000.00 | | 0.00 | 728,000.00 |
| 20 | Klehr Harrison Harvey & Branzburg - return of retainer (u) | 12,500.00 | 12,500.00 | | 12,500.00 | FA |
| 21 | Fox Farm Soil & Fertilizer (u) | Unknown | 35,000.00 | | 35,000.00 | FA |
| 22 | Preferential transfer claims (u) | 500,000.00 | 64,865.21 | | 64,865.21 | FA |
| 23 | Potential fraudulent transfer claims (u) | 25,000,000.00 | 25,000,000.00 | | 0.00 | 25,000,000.00 |
| 24 | Possible insurance premium rebates (u) | 0.00 | 0.00 | | 6,093.25 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 19-01487-JMC-7A
**Case Name:** BWGS, LLC

**For Period Ending:** 12/31/2021

**Trustee Name:** (340210) John J. Petr
**Date Filed (f) or Converted (c):** 03/13/2019 (f)
**§ 341(a) Meeting Date:** 06/24/2019
**Claims Bar Date:** 12/30/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Possible breach of fiduciary duty claims (u) | 1.00 | 0.00 | | 0.00 | 0.00 |
| 25 | **Assets Totals (Excluding unknown values)** | **$26,422,332.98** | **$25,840,365.21** | | **$118,458.46** | **$25,728,000.00** |

**Major Activities Affecting Case Closing:**

Reached $210,000 settlement in the adversary against Kirkland & Ellis; motion to approve is pending. The remaining adversary against BMS Harris Bank and Sun Capital Partners is awaiting ruling on Defendants' motion to dismiss.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021   **Current Projected Date Of Final Report (TFR):** 12/31/2023

01/26/2022
Date

/s/John J. Petr
John J. Petr

Case 19-01487-JMC-7A    Doc 156    Filed 01/26/22    EOD 01/26/22 15:19:09    Pg 3 of 8

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 19-01487-JMC-7A | Trustee Name: | John J. Petr (340210) | |
| Case Name: | BWGS, LLC | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***2259 | Account #: | ******5666 Checking Account | |
| For Period Ending: | 12/31/2021 | Blanket Bond (per case limit): | $22,684,758.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 0.00 | | | |

Page Subtotals:    $0.00    $0.00

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 19-01487-JMC-7A | Trustee Name: | John J. Petr (340210) |
|---|---|---|---|
| Case Name: | BWGS, LLC | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***2259 | Account #: | ********1770 Checking Account |
| For Period Ending: | 12/31/2021 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/19 | {20} | Klehr Harrison Harvey Branzburg LLP | Return of attorney fees paid within preference period | 1241-000 | 12,500.00 | | 12,500.00 |
| 09/25/19 | 10101 | Kroger, Gardis & Regas, LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 1,965.00 | 10,535.00 |
| 10/23/19 | 10102 | Kroger, Gardis & Regas, LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 9,880.00 |
| 11/20/19 | 10103 | Kroger, Gardis & Regas, LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 9,225.00 |
| 12/04/19 | {21} | Foxfarm Soil & Fertilizer Company | Preferential transfer | 1241-000 | 35,000.00 | | 44,225.00 |
| 01/10/20 | 10104 | Kroger, Gardis & Regas, LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 1,965.00 | 42,260.00 |
| 01/31/20 | {22} | American Express Travel Related Services Company, Inc. | Preference claim settlement | 1241-000 | 9,743.00 | | 52,003.00 |
| 03/04/20 | {24} | Basic | Refund of unused portion of COBRA insurance premiums | 1229-000 | 6,093.25 | | 58,096.25 |
| 03/06/20 | {22} | C.H. Robinson International Inc. | Settlement of preference claim | 1241-000 | 2,500.00 | | 60,596.25 |
| 03/11/20 | {22} | Konica Minolta Business Solutions U.S.A., Inc. | Preference claim | 1241-000 | 45,122.21 | | 105,718.46 |
| 03/25/20 | | Check #10105 to pay from account #xxxxxx1770 | Check paid on separate account after bank transitioned to different service provider | 2410-000 | | -1,310.00 | 107,028.46 |
| 03/25/20 | 10105 | Kroger, Gardis & Regas, LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 1,310.00 | 105,718.46 |
| 03/31/20 | | United Bank | Bank and Technology Services Fee | 2600-000 | | 84.48 | 105,633.98 |
| 04/01/20 | | To Account # xxxxxx1770 | Transfer of funds due to partner bank servicer transition | 9999-000 | | 105,633.98 | 0.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 6 | Deposits | 110,958.46 | 5 | Checks | 6,550.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 84.48 |
| | Subtotal | 110,958.46 | 1 | Transfers Out | 105,633.98 |
| 1 | Adjustments In | 1,310.00 | | Total | 112,268.46 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 112,268.46 | | | |

Page Subtotals:     $0.00     $0.00

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 19-01487-JMC-7A | Trustee Name: | John J. Petr (340210) |
|---|---|---|---|
| Case Name: | BWGS, LLC | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***2259 | Account #: | ******1770 Checking Account |
| For Period Ending: | 12/31/2021 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/20 | | Transfer of Funds from Account#xxxxxxxx1770 | Acquisition transfer out – Bank servicer | 9999-000 | 105,633.98 | | 105,633.98 |
| 04/02/20 | | Check #10105 written on account #xxxxxxxx1770 | Check paid on separate account after bank transitioned to different service provider | 2410-000 | | 1,310.00 | 104,323.98 |
| 04/22/20 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******1965 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******1965 | 9999-000 | | 104,323.98 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 1,310.00 |
| | Subtotal | 0.00 | 1 | Transfers Out | 104,323.98 |
| 0 | Adjustments In | 0.00 | | Total | 105,633.98 |
| 1 | Transfers In | 105,633.98 | | | |
| | Total | 105,633.98 | | | |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)  ! - transaction has not been cleared

Case 19-01487-JMC-7A   Doc 156   Filed 01/26/22   EOD 01/26/22 15:19:09   Pg 6 of 8

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 19-01487-JMC-7A | Trustee Name: | John J. Petr (340210) |
|---|---|---|---|
| Case Name: | BWGS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2259 | Account #: | ******0239 Checking Account |
| For Period Ending: | 12/31/2021 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/22/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 104,323.98 | | 104,323.98 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 166.95 | 104,157.03 |
| 05/12/20 | 30106 | Kroger Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 1,310.00 | 102,847.03 |
| 05/19/20 | {22} | Lynn D'Elia Temes & Stanczyk | Settlement of preference claim with Air Tiger Express USA Inc. per 5/7/20 Order | 1241-000 | 7,500.00 | | 110,347.03 |
| 05/23/20 | 30107 | Kroger, Gardis & Regas, LLP | Per 5/18/20 Order for interim expenses | 3120-000 | | 3,324.46 | 107,022.57 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 163.96 | 106,858.61 |
| 06/17/20 | 30108 | Kroger Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 106,203.61 |
| 06/28/20 | 30109 | Kroger, Gardis & Regas, LLP | Attorney for Trustee fees per 6/26/20 Order (Doc. 115) | 3110-000 | | 86,710.40 | 19,493.21 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 182.04 | 19,311.17 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 31.89 | 19,279.28 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 29.78 | 19,249.50 |
| 09/02/20 | 30110 | Kroger, Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order (3 months) | 2410-000 | | 1,965.00 | 17,284.50 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 30.62 | 17,253.88 |
| 10/16/20 | 30111 | Kroger, Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 16,598.88 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 27.33 | 16,571.55 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 25.60 | 16,545.95 |
| 12/23/20 | 30112 | Kroger, Gardis & Regas, LLP | Storage rent for Oct, Nov and Dec 2020 | 2410-000 | | 1,965.00 | 14,580.95 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.09 | 14,551.86 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.17 | 14,528.69 |
| 02/05/21 | 30113 | Kroger, Gardis & Regas LLP | January 2021 Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 13,873.69 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.24 | 13,852.45 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 24.42 | 13,828.03 |
| 04/02/21 | 30114 | Kroger, Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 655.00 | 13,173.03 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.56 | 13,151.47 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.67 | 13,131.80 |
| 06/25/21 | 30115 | Kroger Gardis & Regas LLP | Storage space rent pursuant to 7/10/19 Order | 2410-000 | | 1,965.00 | 11,166.80 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.04 | 11,143.76 |

Page Subtotals:   $111,823.98   $100,680.22

{ } Asset Reference(s)                                                    ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 19-01487-JMC-7A | Trustee Name: | John J. Petr (340210) |
|---|---|---|---|
| Case Name: | BWGS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2259 | Account #: | ******0239 Checking Account |
| For Period Ending: | 12/31/2021 | Blanket Bond (per case limit): | $22,684,758.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.85 | 11,125.91 |
| 08/27/21 | 30116 | Robinson Park | Storage rent for July, August and September 2021 | 2410-000 | | 1,965.00 | 9,160.91 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 19.01 | 9,141.90 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.86 | 9,127.04 |
| 10/01/21 | 30117 | Kroger, Gardis & Regas, LLP | October storage rent | 2410-000 | | 655.00 | 8,472.04 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.26 | 8,458.78 |
| 11/05/21 | 30118 | Kroger, Gardis & Regas, LLP | November storage rent | 2410-000 | | 655.00 | 7,803.78 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.72 | 7,790.06 |
| 12/15/21 | 30119 | Kroger, Gardis & Regas, LLP | December storage rent | 2410-000 | | 655.00 | 7,135.06 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.54 | 7,122.52 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 7,500.00 | 14 | Checks | 103,789.86 |
| 0 | Interest Postings | 0.00 | 21 | Adjustments Out | 911.60 |
| | Subtotal | 7,500.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 104,701.46 |
| 1 | Transfers In | 104,323.98 | | | |
| | Total | 111,823.98 | | | |

Page Subtotals:     $0.00     $4,021.24

{ } Asset Reference(s)                                       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| | |
|---|---|
| **Case No.:** | 19-01487-JMC-7A |
| **Case Name:** | BWGS, LLC |
| **Taxpayer ID #:** | **-***2259 |
| **For Period Ending:** | 12/31/2021 |

| | |
|---|---|
| **Trustee Name:** | John J. Petr (340210) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0239 Checking Account |
| **Blanket Bond (per case limit):** | $22,684,758.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $118,458.46 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $118,458.46 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5666 Checking Account | $0.00 | $0.00 | $0.00 |
| ********1770 Checking Account | $110,958.46 | $5,324.48 | $0.00 |
| ******1770 Checking Account | $0.00 | $1,310.00 | $0.00 |
| ******0239 Checking Account | $7,500.00 | $104,701.46 | $7,122.52 |
| | **$118,458.46** | **$111,335.94** | **$7,122.52** |

01/26/2022  
Date

/s/John J. Petr  
John J. Petr